IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOSE GREGORIO RIVAS ROJAS, ) | |
| ) | |
| *Petitioner*, ) | No. 1:25-cv-1624 (PTG/WBP) |
| v. ) | |
| ) | |
| KRISTI NOEM, *et al.*, ) | |
| ) | |
| *Respondents*. | |

## ORDER

This matter comes before the Court on Petitioner Jose Gregorio Rivas Rojas' Motion for Preliminary Injunction (Dkt. 7) and Motion for Temporary Restraining Order (Dkt. 8). The Court has considered Petitioner's memoranda (Dkt. 9), Respondents' oppositions to the Petition and motions (Dkts. 6, 14), and Petitioner's reply brief (Dkt. 15). The Court also considered the parties' argument at today's hearing. For the reasons stated from the bench, the Court grants Petitioner's Motion for Preliminary Injunction.

As a threshold matter, the Court finds that it has jurisdiction over the case. The Court also finds that Petitioner has met his burden of establishing each of the factors set forth in *Winter v. Nat. Res. Def. Couns.*, 555 U.S. 7, 20 (2008). Accordingly, it is hereby

**ORDERED** that Petitioner's Motion for Preliminary Injunction (Dkt. 7) is **GRANTED**; it is further

**ORDERED** that until seven (7) days after an immigration judge reviews the negative fear determination regarding Petitioner's third country fear interview, Respondents and all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert

or participation with them are hereby **ENJOINED** from removing Petitioner to Mexico; and it is further

    **ORDERED** that Respondents file a status report with the Court within seven (7) days of the date of this Order; and it is further

    **ORDERED** that Petitioner's Motion for Temporary Restraining Order (Dkt. 8) is **DENIED** as moot.

Entered this 17th day of November, 2025.
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge